UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL CARRANZA,<br><br>        Plaintiff,<br><br>   v.<br><br>G. LEWIS, et al.,<br><br>        Defendants. | Case No. 15-cv-00682-YGR (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

    Defendants filed a request for a second extension of time in which to file a dispositive motion or to indicate that this case cannot be resolved by such a motion. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

    IT IS HEREBY ORDERED that Defendants' request for a second extension of time is GRANTED, and that the time to file a dispositive motion or indicate that this case cannot be resolved by such a motion is extended up to and including **March 18, 2016**. If Defendants file a dispositive motion, Plaintiff's opposition shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** from the date Defendants' motion is filed. Defendants' reply shall be filed with the Court and served on Plaintiff no later than **fourteen (14) days** after Plaintiff's opposition is filed. Further requests for extensions are disfavored.

    This Order terminates Docket No. 28.

    IT IS SO ORDERED.

Dated: January 20, 2016

                                                  YVONNE GONZALEZ ROGERS
                                                  United States District Judge