UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE MANUEL CARRANZA,

    Plaintiff,

  v.

G. LEWIS, et al.,

    Defendants.

Case No. 15-cv-00682-YGR  (PR)

**[PROPOSED]** **ORDER**

Defendants seek leave of court to file a successive motions for summary judgment under *Hoffman v. Tonnemacher*, 593 F.3d 908, 911 (9th Cir. 2010) and *Albino v. Baca*, 747 F.3d 1162 (9th Cir. 2014).  Based on the reasons set forth in Defendants' moving papers, and good cause appearing, the Court GRANTS their request for leave to file a successive motion for summary judgment.

This Order terminates Docket No. 33.

IT IS SO ORDERED.

Dated:  February 8, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge