UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL CARRANZA,<br><br>    Plaintiff,<br><br>  v.<br><br>G. LEWIS, et al.,<br><br>    Defendants. | Case No. 15-cv-00682-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Amended Order Granting Defendants' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing by this action. Judgment is hereby entered in favor of Defendants G. Lewis, M. Cate, P. T. Smith, K. Cruse, R. Randow, V. Cappello, K. J. Allen, R. Manuel, D. Foston, B. Kingston (formerly listed by Plaintiff as B. Kinroton), D. S. McClure, Buechner, S. S. Kissel, and C. Rogers (formerly listed by Plaintiff as C. M. Rojers), and against Plaintiff. Parties shall each bear their own costs of action.

Dated: March 17, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge